Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**UNITED STATES OF AMERICA**

V.                                        INDICTMENT NO. 7:25-cr-004- DCR
21 U.S.C. § 841(a)(1)

**RANDY KEATHLEY**

* * * * *

**THE GRAND JURY CHARGES:**

On or about August 16, 2024, in Pike County, in the Eastern District of Kentucky,

**RANDY KEATHLEY**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of

a mixture or substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1.    By virtue of the commission of the felony offense alleged in the Indictment,

**RANDY KEATHLEY** shall forfeit to the United States any and all property used, or

intending to be used, to commit and to facilitate the commission of the violations of U.S.C.

§ 841, and any and all property constituting proceeds obtained directly or indirectly as a

result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that

**RANDY KEATHLEY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3.      The property to be forfeited includes, but is not limited to, the following items seized on or about August 16, 2024:

### FIREARMS AND AMMUNITION:

1. Taurus, Model G2c, 9mm semi-automatic handgun with serial number ABC439476;
2. Smith & Wesson .38 Special revolver with serial number 24K7935;
3. 12-gauge single-shot shotgun, no visible make or model, with serial number 751611; and
4. Various rounds of ammunition.

4.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**        Mandatory special assessment of $100.

**PLUS:**        Forfeiture of listed items.